# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYANNA SCOTT, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DASHING DIVA FRANCHISE CORP.,<br><br>Defendant. | Case No.: 1:25-cv-01117-SKO<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT AND JURY DEMAND**<br><br>(Doc. 5) |

On September 30, 2025, Plaintiff Jayanna Scott ("Plaintiff") and Defendant Dashing Diva Franchise Corp. ("Defendant") stipulated by and through their undersigned counsel, that Defendant may have a twenty-eight (28) day extension of time, up to and including October 31, 2025, to file an answer or otherwise respond to Plaintiff's Class Action Complaint in the above-captioned action. (Doc. 5.)

The Court, having considered the parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. Defendant Dashing Diva Franchise Corp. shall have a twenty-eight (28) day extension of time to file an answer or otherwise respond to Plaintiff Jayanna Scott's Class Action Complaint; and

2. Defendant Dashing Diva Franchise Corp.'s deadline to respond is extended up to and including October 31, 2025.

IT IS SO ORDERED.

Dated: **October 3, 2025**              /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE