WRIGHT, L'ESTRANGE & ERGASTOLO
Joseph T. Ergastolo (SBN 137807)
jte@wlelaw.com
Andrew E. Schouten (SBN 263684)
aschouten@wlelaw.com
Erica L. Nolen (SBN 346861)
elnolen@wlelaw.com
402 West Broadway, Suite 1800
San Diego, California 92101
(619) 231-4844
(619) 231-6710 (Facsimile)

Attorneys for Defendant Dashing Diva Franchise Corp.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYANNA SCOTT, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DASHING DIVA FRANCHISE CORP.,<br><br>Defendant. | Case No.: 1:25-cv-01117-SKO<br><br>**THIRD STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>(Doc. 10) |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 143 and 144, Plaintiff Jayanna Scott ("Plaintiff") and Defendant Dashing Diva Franchise Corp. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on September 3, 2025, Plaintiff filed a complaint in the above-captioned action;

WHEREAS, on September 11, 2025, Defendant was served with the summons and complaint;

WHEREAS, on September 30, 2025, Defendant submitted a stipulation, signed by both Parties, to extend Defendant's time to answer or otherwise respond to the complaint by twenty-eight (28) days (ECF No. 5);

WHEREAS, on October 3, 2025, the Court granted the Parties' stipulation and ordered Defendant's deadline to answer or otherwise respond to the complaint extended by twenty-eight (28) days up to and including October 31, 2025 (ECF No. 7);

WHEREAS, on October 23, 2025, Defendant submitted a second stipulation, signed by both Parties, to extend Defendant's time to answer or otherwise respond to the complaint by thirty (30) days (ECF No. 8);

WHEREAS, on October 27, 2025, the Court granted the Parties' stipulation and ordered Defendant's deadline to answer or otherwise respond to the complaint extended by thirty (30) days up to and including December 1, 2025 (ECF No. 9), in light of the Parties' ongoing good faith settlement discussions;

WHEREAS, the Parties remain actively engaged in settlement discussions regarding potential resolution of this action without the need for continued litigation. Given the potential for an amicable resolution, the Parties believe sufficient good cause exists to warrant a further limited extension of the referenced deadlines. Approving this stipulation will further the goal of judicial efficiency and avoid the unnecessary expenditure of judicial and party resources;

WHEREAS, to afford the Parties additional time to engage in further discussions, the Parties have agreed to extend the time for Defendant to answer or otherwise respond to Plaintiff's complaint by an additional twenty-nine (29) days, from December 1, 2025, to December 30, 2025;

WHEREAS, this stipulation does not constitute a waiver of any claim, right, or defense by either party;

WHEREAS, extending the deadline for Defendant to answer or otherwise respond to the complaint, as requested, will not prejudice any parties to this action;

WHEREAS, this is the third stipulation by the parties regarding an extension of time for Defendant to respond to the complaint; and

WHEREAS, except for Defendant's deadline to answer or otherwise respond to Plaintiff's complaint, this stipulation will not affect any other dates set in this case as no other pretrial or trial dates have been established.

Therefore, IT IS HEREBY STIPULATED and AGREED, by and between the Parties, through their respective counsel, that the deadline for Defendant to answer or otherwise respond to Plaintiff's complaint shall be extended by an additional twenty-nine (29) days, up to and including December 30, 2025.

Dated: November 19, 2025

WRIGHT, L'ESTRANGE & ERGASTOLO

Attorneys for Defendant DASHING DIVA FRANCHISE CORP.

By: */s/ Andrew E. Schouten*_____
Andrew E. Schouten

Dated: November 19, 2025

The Law Offices of Jibrael S. Hindi

Attorneys for Plaintiff JAYANNA SCOTT

By: */s/ Gerald D. Lane Jr.*_____
Gerald D. Lane Jr.

*Pursuant to Local Rule 131(e), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concurs in the filing's content and have authorized the filing.

# ORDER

The Court, having considered the parties' Stipulation (Doc. 10), and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. Defendant Dashing Diva Franchise Corp. shall have an additional twenty-nine (29) day extension of time to file an answer or otherwise respond to Plaintiff Jayanna Scott's Class Action Complaint; and
2. Defendant Dashing Diva Franchise Corp.'s deadline to respond is extended up to and including December 30, 2025.

IT IS SO ORDERED.

Dated:   **November 20, 2025**           /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE