WRIGHT, L'ESTRANGE & ERGASTOLO
  Joseph T. Ergastolo (SBN 137807)
  jte@wlelaw.com
  Andrew E. Schouten (SBN 263684)
  aschouten@wlelaw.com
  Erica L. Nolen (SBN 346861)
  elnolen@wlelaw.com
402 West Broadway, Suite 1800
San Diego, California 92101
(619) 231-4844
(619) 231-6710 (Facsimile)

Attorneys for Defendant Dashing Diva Franchise Corp.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYANNA SCOTT, individually and on behalf of all those similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>DASHING DIVA FRANCHISE CORP.,<br><br>        Defendant. | Case No.: 1:25-cv-01117-SKO<br><br>**SIXTH STIPULATION AND ORDER EXENDING TIME TO RESPOND TO COMPLAINT AND CONTINUING INITIAL SCHEDULING CONFERENCE**<br><br>(Doc. 16) |

1

STIPULATION AND ORDER TO FURTHER EXTEND TIME FOR DEFENDANT TO RESPOND TO
PLAINTIFF'S COMPLAINT

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 143 and 144, Plaintiff Jayanna Scott ("Plaintiff") and Defendant Dashing Diva Franchise Corp. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on September 3, 2025, Plaintiff filed a complaint in the above-captioned action;

WHEREAS, on September 11, 2025, Defendant was served with the summons and complaint;

WHEREAS, on September 30, 2025, Defendant submitted a stipulation, signed by both Parties, to extend Defendant's time to answer or otherwise respond to the complaint by twenty-eight (28) days (ECF No. 5);

WHEREAS, on October 3, 2025, the Court granted the Parties' stipulation and ordered Defendant's deadline to answer or otherwise respond to the complaint extended by twenty-eight (28) days up to and including October 31, 2025 (ECF No. 7);

WHEREAS, on October 23, 2025, Defendant submitted a second stipulation, signed by both Parties, to extend Defendant's time to answer or otherwise respond to the complaint by thirty (30) days (ECF No. 8);

WHEREAS, on October 27, 2025, the Court granted the Parties' stipulation and ordered Defendant's deadline to answer or otherwise respond to the complaint extended by thirty (30) days up to and including December 1, 2025 (ECF No. 9), in light of the Parties' ongoing good faith settlement discussions;

WHEREAS, on November 19, 2025, Defendant submitted a third stipulation, signed by both Parties, to extend Defendant's time to answer or otherwise respond to the complaint by twenty-nine (29) days (ECF No. 10);

WHEREAS, on November 20, 2025, the Court granted the Parties' stipulation and ordered Defendant's deadline to answer or otherwise respond to the complaint extended

STIPULATION AND ORDER TO FURTHER EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT

by twenty-nine (29) days up to and including December 30, 2025 (ECF No. 11), in light of the Parties' ongoing good faith settlement discussions;

WHEREAS, on December 24, 2025, Defendant submitted a fourth stipulation, signed by both Parties, to extend Defendant's time to answer or otherwise respond to the complaint by thirty (30) days (ECF No. 12);

WHEREAS, on December 29, 2025, the Court granted the Parties' stipulation and ordered Defendant's deadline to answer or otherwise respond to the complaint extended by thirty (30) days up to and including January 29, 2026 (ECF No. 13), in light of the Parties' ongoing good faith settlement discussions;

WHEREAS, on January 29, 2026, Defendant submitted a fifth stipulation, signed by both Parties, to extend Defendant's time to answer or otherwise respond to the complaint by twenty-nine (29) days (ECF No. 14);

WHEREAS, on January 29, 2026, the Court granted the Parties' stipulation and ordered Defendant's deadline to answer or otherwise respond to the complaint extended by twenty-nine (29) days up to and including February 27, 2026 (ECF No. 15), in light of the Parties' continued good faith settlement discussions;

WHEREAS, since the prior extension, the Parties have continued to actively engage in good faith settlement discussions and have made meaningful progress toward a potential resolution. The Parties believe that the requested extension will allow the Parties to continue those discussions, and given the potential for an amicable resolution, the Parties believe sufficient good cause exists to warrant a further limited extension of the referenced deadlines. Approving this stipulation will further the goal of judicial efficiency and avoid the unnecessary expenditure of judicial and party resources.

WHEREAS, to afford the Parties additional time to engage in further discussions, the Parties have agreed to extend the time for Defendant to answer or otherwise respond to Plaintiff's complaint by an additional thirty-one (31) days, from February 27, 2026, to March 30, 2026;

STIPULATION AND ORDER TO FURTHER EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT

WHEREAS, this stipulation does not constitute a waiver of any claim, right, or defense by either party;

WHEREAS, extending the deadline for Defendant to answer or otherwise respond to the complaint, as requested, will not prejudice any parties to this action;

WHEREAS, this is the sixth stipulation by the parties regarding an extension of time for Defendant to respond to the complaint; and WHEREAS, except for Defendant's deadline to answer or otherwise respond to Plaintiff's complaint, this stipulation will not affect any other dates set in this case as no other pretrial or trial dates have been established.

Therefore, IT IS HEREBY STIPULATED and AGREED, by and between the Parties, through their respective counsel, that the deadline for Defendant to answer or otherwise respond to Plaintiff's complaint shall be extended by an additional thirty-one (31) days, up to and including March 30, 2026.

Dated: February 23, 2026       WRIGHT, L'ESTRANGE & ERGASTOLO

Attorneys for Defendant DASHING DIVA FRANCHISE CORP.

By: /s/ Andrew E. Schouten
          Andrew E. Schouten

Dated: February 23, 2026       The Law Offices of Jibrael S. Hindi

Attorneys for Plaintiff JAYANNA SCOTT

By: /s/ Gerald D. Lane Jr.
          Gerald D. Lane Jr.

*Pursuant to Local Rule 131(e), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concurs in the filing's content and have authorized the filing.

4

STIPULATION AND ORDER TO FURTHER EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT

# ORDER

The Court, having considered the parties' Stipulation, (Doc. 16), and finding good cause therefor, hereby *nunc pro tunc* GRANTS the Stipulation and ORDERS <u>one final extension</u> as follows:

1.  Defendant Dashing Diva Franchise Corp. shall have an additional thirty-one (31) day extension of time to file an answer or otherwise respond to Plaintiff Jayanna Scott's Class Action Complaint; and

2.  Defendant Dashing Diva Franchise Corp.'s deadline to respond is *nunc pro tunc* extended up to and including March 30, 2026.

3.  The Initial Scheduling Conference currently set for March 26, 2026, is **CONTINUED to April 30, 2026, at 9:45 a.m.,** before Magistrate Judge Sheila K. Oberto. The parties SHALL file their joint scheduling report indicating the status of the parties' settlement discussions or a notice of settlement 7 by no later than seven (7) days prior to the scheduling conference.

IT IS SO ORDERED.

Dated:    **March 4, 2026**                    */s/ Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO FURTHER EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT