# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYANNA SCOTT, | Case No.  1:25-cv-01117-EGC |
| Plaintiff / Counter Defendant, | **ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE** |
| v. | (Doc. 23) |
| DASHING DIVA FRANCHISE CORP., | |
| Defendant / Counter Claimant. | |

On May 11, 2026, the parties filed a joint stipulation dismissing the action without prejudice. (Doc. 23).  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice.  Accordingly, the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:    **May 13, 2026**                   _____

UNITED STATES MAGISTRATE JUDGE